U.S Middle District Court 401 W Central Blv.D, Orlando FL 32801

Henry A. Washington Jr
Lula Mae Washington
  Plaintiff
     VS.
U.S.D.A-R.D Rural Development
  Defendant

May 31, 2023

FILED
2023 MAY 31 PM 1:54
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

We want to file a lawsuit for compensation for damages, mental anguish, mental distress, and elderly distress against U.S.D.A rural development. For over 32 years we have been dealing with U.S.D.A rural development making our loan payments on time and sometimes paying more than our payment amount. When we purchased our home in 1991, we were told by homes in partnership that U.S.D.A.rd could help us make our payments and they told us that U.S.D.A rd might want us to pay some of it back, but they told us not to worry about that because when we finished paying our loan if we were still on fixed income that the subsidy that we received during our loan repayment could be waved if it was a hardship for us to do and we trusted what they told us and

May 31, 2023

now we have finished paying our loan we received a letter from U.S.D.A rd dated April 10, 2023 stating that we owe them $44,922.54 for subsidy repayment. We have copies of that letter included with our lawsuit, they said in order for them to release our promossary note or mortgage is to sale our home and move out our home and pay them $44,922.54. We are not able to pay this money that they say we owe. We are disabled and we are on fixed income. Which is Social Security and S.S.I. Our income from Social Security and SSI is 2,325.00 a month and that's the income we receive. We contacted legal aid to assist in this lawsuit and they refuse to represent us. We told legal aid that we wanted to take our case to court to file a lawsuit and have our home, loan and case with U.S.D.A rd thoroughly investigated. Our home was incomplete in the kitchen our refrigerater door can not open all the way back because it hits the counter, they installed a damage header over our double windows in our living room. The oven door almost touch the cabinet and they installed the shower in the hall bathroom that when the

May 31, 2023

hot water faucet runs cold water and the cold water faucet runs hot water, this sloppy work was done in the hall bathroom. We have two bathroom's, one is in the hall and the other one is in the master bedroom they are connected together and two people cannot take a shower or bath at the same time. When someone is taking a shower in the hall bathroom and someone is taking a shower in the master bathroom and when the hot water is turned on in the hall bathroom and when someone turn the hot water on in the master bathroom the water runs cold. Our driveway is also incomplete, it was suposed to go all the way to the road but it stopped back in the yard short of doing that. We asked them why our driveway wasn't paved all the way to the road, they said they ran out of money. U.S.D.A rd have financed and constructed many home's in Apopka and there's no driveway at any of those home's cut short back in the yard like ours. We asked the lady at homes in partnership why is our kitchen soo narrow and soo small, they told us you just have to not get fat. They also have

May 23, 2023

the wire that runs to my well outside the wall of the back of the house it supose to be inside of the wall. We want to petition to the court to have our home inspected to show incompleted thing's that was done to our home and we also want to petition the court to have our entire case thoroughly investigated to see where our money went. U.S.D.A rd and homes in partnership did a sloppy job constructing our home and the inspector's passed it and saw it wasn't right. We mentioned all these thing's shortly after we moved in our home but they kept putting us off until they finally decided not to do anything to correct these incomptete thing's that was constructed in our home. We have been dealing with this nightmare in our home for over 32 year's. We called U.S.D.A rd after we became aware that something was going on with our loan, and we asked them how many year's was our mortgage for and they told us that it was for 20 year's and we said we have been paying our loan for 32 year's and 5 month's and I also asked them does it take over 32 year's and 5 month's to pay a 20 year loan

(5)

and they said yes and we stated that's not right and she had an attitude. It is very depressing to see what U.S.D.A rd put us through all these year's. We paid all this money all these year's thinking that when we finished paying the loan off we will have a home that we can enjoy for the rest of our life, and now they come up with that we still owe them $44,922.54. Our loan to begin with is $39,500.00 and now they slapped us with the amount that we owe them of $44,922.54 this amount is more than the loan was to begin with

Sincerely:

Henry A Washington II
Lula M. Washington

1912 S Washington Ave Apopka FL 32703

Acknowledged before me this 31st day of May 2023 by Henry A Washington and Lula M Washington who presented Florida Driver license and Florida State ID, respectively.

Felicia Wodowski
Notary Public
State of Florida
Comm# HH048666
Expires 1/4/2025